971 So.2d 890 (2007)
ISKCON MIAMI, INC., etc., Appellant,
v.
Eduardo J. GARCIA, et al., Appellees.
No. 3D07-408.
District Court of Appeal of Florida, Third District.
November 28, 2007.
Heyward A. Bradman, for appellant.
Garbett, Stiphany, Allen & Roza and David S. Garbett and Angela Sherrill, Miami, for appellees.
Before GERSTEN, C.J., and GREEN, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See § 95.031, Fla. Stat. (2005); Davis v. Monahan, 832 So.2d 708 (Fla. 2002).